**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 5, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00135-CR

_____

### ARCHIE LEE WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from County Criminal Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1693471**

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this Court.  *See* TEX. R. APP. P. 42.2.  Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Boyce and Christopher.
Do Not Publish -- TEX. R. APP. P. 47.2(b)